RECEIVED

APR - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

Thompson, et al                                    Civil Action No. 15-02288

versus                                             Judge Rebecca F. Doherty

Ackal, et al                        Magistrate Judge Carol B. Whitehurst


### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein,  noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss filed by Iberia Parish Government  [Rec. Doc. 21] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this ___5___ day of _April_, 2016.

Rebecca F. Doherty
United States District Judge