RECEIVED

APR - 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Thompson, et al | Civil Action No. 15-02288 |
| versus | Judge Rebecca F. Doherty |
| Ackal, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss the Claims Of Plaintiff's Second Amended Complaint Pursuant To Rule 12(b)(6) filed by Iberia Parish Government [Rec. Doc. 52] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 5 day of April, 2016.

Rebecca F. Doherty
United States District Judge