RECEIVED
APR - 6 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Thompson, et al | Civil Action No. 15-02288 |
| versus | Judge Rebecca F. Doherty |
| Ackal, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Motion To Dismiss filed by defendants Emerald Health Care Systems, LLC, Steve Afeman, Burt Bujard, M.D., Eva Fontenot, L.P.N., and Jessica Joe [Rec. Doc. 26] be **GRANTED IN PART** and (1) the claims against Steve Afeman are dismissed with prejudice; (2) Plaintiff's ADA and Rehabilitation Act claims against Emerald Health Care Systems, LLC, Burt Bujard, M.D., Eva Fontenot L.P.N., and Jessica Joe, are dismissed with prejudice; and, (3) Plaintiff's medical malpractice claim against Burt Bujard, M.D. is dismissed without prejudice, and **DENIED IN PART** as to all of Plaintiff's other claims.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this ____6____ day of ____April____, 2016.

Rebecca F. Doherty
United States District Judge