RECEIVED

APR - 6 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Thompson, et al | Civil Action No. 15-02288 |
| versus | Judge Rebecca F. Doherty |
| Ackal, et al | Magistrate Judge Carol B. Whitehurst |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Partial Motion to Dismiss Second Amended Complaint filed by defendants, Emerald Health Care Systems, LLC, Steve Afeman, Burt Bujard, M.D., Eva Fontenot, L.P.N., and Jessica Joe, L.P.N. [Rec. Doc. 58] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, ~~Louisiana~~, on this __6__ day of __April__, 2016.

Rebecca F. Doherty
United States District Judge