UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

YULANDA THOMPSON,                      *
      Plaintiff                         *    CIVIL DOCKET NUMBER: 15-cv-2288
VERSUS                                 *
                                          *
IBERIA PARISH, ET AL.                  *    JUDGE: Rebecca F. Doherty
      Defendants.                       *
                                          *    MAG: Carol B. Whitehurst
                                          *
********************************        *

**NOTICE OF ELECTION OF TRIAL BY JURY**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Tyree

Thompson, who notes Medical Defendant's Jury Demand filed in their Answer, ECF No.

89, and additionally files this Notice of Election of Trial by Jury for all issues so triable in

his Complaint and Amended Complaints.


Respectfully submitted,

/s/Elizabeth Cumming_____
**ELIZABETH CUMMING**, (# 31685)
316 S. Dorgenois Street
New Orleans, LA 70119
Tel. 504-822-4455
Fax. 504-822-4458
ecumminglaw@gmail.com


- AND -

  /s/ Stephen Haedicke_____
**STEPHEN J. HAEDICKE** (Bar Roll No. 30537)
Co-counsel for Plaintiff
639 Loyola Ave., # 1820
New Orleans, LA 70113
(504)525-1328 Telephone
(504)910-2659 Fax
haedickelaw@gmail.com

*Attorneys for Plaintiff*

1

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 5, 2016 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

<u>/s/ Elizabeth Cumming</u>

2