**RECEIVED**

JUN 14 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| Thompson, et al | Civil Action No. 15-02288 |
| versus | Judge Rebecca F. Doherty |
| Ackal, et al | Magistrate Judge Carol B. Whitehurst |

### ORDER

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss defendant, Robert Nugent, [Rec. Doc. 73] is **GRANTED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 14th day of June, 2016.

Rebecca F. Doherty
United States District Judge