RECEIVED
SEP 2 8 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| YULANDA THOMPSON, ET AL. | CIVIL ACTION TO. 15-2288 |
| VERSUS | JUDGE DOHERTY |
| LOUIS ACKAL, ET AL. | MAGISTRATE JUDGE WHITEHURST |

### ORDER

For the reasons contained in the Report and Recommendation [Doc. 112] of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss defendant Amanda Frederick [Doc. 95] is GRANTED IN PART and that the §1983 medical malpractice claims be DISMISSED WITH PREJUDICE and DENIED IN PART as to the state law negligence claim.

THUS DONE AND SIGNED this 28 day of September, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE